UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA SUAREZ GUZMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PERI & SONS FARMS OF CALIFORNIA, LLC, a Nevada limited liability company; ROY ESTRADA, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:  20-CV-1955 JLS (JLB)<br><br>**ORDER VACATING HEARINGS AND TAKING MOTIONS UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF Nos. 12, 14, 15, 16, 18) |

Presently before the Court are Plaintiff Lorena Suarez Guzman's Motion for Order Remanding Action to State Court (ECF No. 12); Defendants Peri & Sons Farms of California, LLC, and Roy Estrada's (collectively, "Defendants") Motion to Dismiss for Failure to State a Claim (ECF No. 14); Defendants' Motion to Change Venue (ECF No. 15); Defendants' Motion to Dismiss Roy Estrada and George Mainas for Improper Joinder (ECF No. 16); and Defendants' Motion to Consolidate (ECF No. 18).  The Court **VACATES** the hearings currently set for December 10, 2020 (ECF No. 12); January 7,

/ / /

/ / /

1  2021 (ECF Nos. 14, 15, 16); and January 14, 2021 (ECF No. 18), and takes the matters
2  under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).
3       **IT IS SO ORDERED.**
4  Dated: December 3, 2020

                                Hon. Janis L. Sammartino
                                United States District Judge